IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JERRY AARON**                                                                                            **PLAINTIFF**

**v.**                              **CASE NO: 4:14CV00532 BSM**

**BILL HARTMAN,**
**Chief of Plumerville Police Department**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is dismissed without prejudice.

It is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 20th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE